UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X    Case No.:
CAROLE WALKER,

        Plaintiff,

-against-    **VERIFIED COMPLAINT**

THE UNITED STATES POSTAL SERVICE and
THE UNITED STATES OF AMERICA,

        Defendants.
------------------------------------X

    Plaintiff, by her attorneys, SEENER & SEENER, ESQ., hereby sets forth and alleges, upon information and belief, as follows:

### AS AND FOR THE FIRST CAUSE OF ACTION

1. That at all times hereinafter mention, and on January 19, 2007, the plaintiff, CAROLE WALKER, was and still is a resident of the County of Bronx, City and State of New York.

2. That, on April 4, 2007, a Claim for Damage, Injury or Death, from CAROLE WALKER, was duly filed with THE UNITED STATES POSTAL SERVICE and THE UNITED STATES OF AMERICA, pursuant to 28 UCS Section 241a.

3. That, on August 28, 2007, THE UNITED STATES POSTAL SERVICE, issued a letter denying the aforementioned claim.

4. That, this action is being commenced within six (6) months of the denial of the aforementioned claim by THE UNITED STATES POSTAL SERVICE, which as aforementioned was made on August 28, 2007.

5. That at all times hereinafter mentioned, and on January 19, 2007, the defendant, THE UNITED STATES POSTAL SERVICE, owned and maintained a motor vehicle, license plate number unknown.

6. That, at all times hereinafter mentioned, and on January 19, 2007, the defendant, THE UNITED STATES OF AMERICA, owned and maintained a motor vehicle license plate number unknown.

7. That, at all times hereinafter mentioned, and on January 19, 2007, at approximately 6:30 p.m. the plaintiff, CAROLE WALKER, was a pedestrian and was struck by a United States Postal Service vehicle when the vehicle ignored a red light and struck the plaintiff; in addition, the vehicle failed to stop after the accident.

8. That, at all times hereinafter mentioned, and on January 19, 2007, the aforementioned motor vehicle was owned, operated, maintained and controlled by the defendants and was in contact with the plaintiff, CAROLE WALKER.

9. That, at all times hereinafter mentioned, and on January 19, 2007, the aforementioned motor vehicle, owned, operated, maintained and controlled by the defendants passed a red light and struck the plaintiff, CAROLE WALKER.

10. That, the aforementioned contact and accident took place at or near its intersection with 149th Street and St. Anne's Ave., in the County of Bronx, City and State of New York.

11. That, the aforementioned accident, contact and resulting injuries were caused wholly and solely as a result of the negligence, recklessness, and carelessness of the defendants, their agents, servants and/or employees, in the ownership, operation, maintenance, management, supervision and control of

the aforementioned motor vehicle, and without any negligence on the part of the plaintiff contributing thereto.

12. That, by reason of the foregoing, the plaintiff, CAROLE WALKER, was injured; was rendered sick, sore, lame and disabled; was caused to undergo hospital and medical treatment and advise; was unable to pursue her usual and regular activities; was caused to undergo pain and suffering.

13. That, the plaintiff, CAROLE WALKER, has sustained a serious injury, as set forth under New York State Insurance Law Section 5102(d).

14. That, by reason of the foregoing, the plaintiff, CAROLE WALKER, has sustained damages in the amount of ONE MILLION ($1,000,000.00) DOLLARS.

15. A trial by jury is demanded.

WHEREFORE, plaintiff, CAROLE WALKER, demands judgment against the defendants on the First Cause of Action in the amount of ONE MILLION (1,000,000.00) DOLLARS; together with interest as well as the costs and disbursements of these causes of action.

Dated: New York, New York
       January 23, 2007

Yours, etc.

SEENER & SEENER, ESQS.
By: Steven Seener, Esq.
Attorneys for Plaintiff
CAROLE WALKER
11 Park Place
10th Floor
New York, NY 10007
(212)766-2050

S 2667

## ATTORNEY'S VERIFICATION

The undersigned, an attorney admitted to practice in the courts of the State of New York, shows that affirmant is a partner in the firm of SEENER AND SEENER, attorneys of record for the Plaintiff(s) in the within action, that affirmant has read the foregoing complaint and knows the contents thereof; that the same is true to the affirmant's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters affirmant believes it to be true.

Affirmant further says that the reason this verification is made by affirmant and not by said Plaintiff(s) is that Plaintiff(s) are not residents of the County in which affirmant maintains his office.

The grounds of affirmant's belief as to all matters not stated upon affirmant's knowledge are as follows: Document's in affirmant's file.

The undersigned affirms that the foregoing statements are true under the penalties of perjury.

Dated: New York, New York
       January 23, 2008

_____
STEVEN SEENER

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK      TRIAL BY JURY DEMANDED
-----------------------------------X
CAROLE WALKER,

                Plaintiff,
                                         CASE NO.
    -against-

THE UNITED STATES POSTAL SERVICE and
THE UNTIED STATES OF AMERICA,

                Defendants.
-----------------------------------X
```

# SUMMONS AND COMPLAINT

*(signature)*

**SEENER & SEENER, ESQS.**
**BY: STEVEN SEENER, ESQ.**
**ATTORNEYS FOR PLAINTIFF**
11 Park Place- 10th Floor
New York, New York
(212) 766-2050