CERTIFICATE OF SERVICE

      I, Joseph N. Cordaro, an Assistant United States Attorney for the Southern District of New York, hereby certify that on April 28, 2008, I caused a copy of the foregoing Answer to be served, by First Class Mail, on counsel for plaintiff in the matter of *Walker v. United States Postal Service and the United States of America*, 08 Civ. 1820 (BSJ) (DFE) at:

>Steven Seener, Esq.
>Seener & Seener, Esqs.
>11 Park Place, 10th Floor
>New York, New York 10007

Dated: New York, New York
       April 28, 2008

           s/ Joseph N. Cordaro
           JOSEPH N. CORDARO
           Assistant United States Attorney