UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Carole Walker
                Plaintiff,

                ORDER OF REFERENCE
                TO A MAGISTRATE JUDGE

    -against-

                08 Civ. 1820(BSJ) (DFE)

The U.S. Postal Service and
The United States of America
                Defendants.
----------------------------------------------------------X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___   Specific Non-Dispositive Motion/Dispute:*

___   Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___   Habeas Corpus

___   Social Security

___   Settlement*

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

___   Inquest After Default/Damages Hearing

Particular Motion:_____

All such motions: ____

---

* Do not check if already referred for general pretrial.
SO ORDERED.
DATED: New York, New York

/s/ Barbara S. Jones
United States District Judge
5/5/08