MAY 0 7 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

CAROLE WALKER,

             Plaintiff,

        v.

THE UNITED STATES POSTAL SERVICE and
THE UNITED STATES OF AMERICA,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

08 Civ. 1820 (BSJ) (DFE)
ECF Case

**STIPULATION AND ORDER
OF PARTIAL DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Carole Walker

and defendants the United States Postal Service and the United States of America, by their

respective counsel, as follows:

1.      Pursuant to 28 U.S.C. § 2679 and Fed. R. Civ. P. 41(a)(2), plaintiff's claim

against the United States Postal Service is dismissed with prejudice and without costs or

attorney's fees to any party.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

USDC SDNY
DATE SCANNED 5/7/08

2.    The caption of the above-titled action is amended to read as follows: "Carole Walker, Plaintiff, v. The United States of America, Defendant." All future pleadings and papers in this action shall reflect this amended caption.

Dated:  New York, New York
        May 6 , 2008

SEENER & SEENER
*Attorneys for Plaintiff*


By: _____
    STEVEN SEENER , ESQ
    11 Park Place, 10th Floor
    New York, New York 10007
    Telephone: (212) 752-3380
    Facsimile: (212) 593-3807

Dated: New York, New York
       May 6, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
*Attorney for Defendants*


By: _____
    JOSEPH N. CORDARO
    Assistant United States Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Telephone: (212) 637-2745
    Facsimile: (212) 637-2686
    Email: joseph.cordaro@usdoj.gov


SO ORDERED.

Dated: New York, New York
       May 7 , 2008


_____
HON. DOUGLAS F. EATON
UNITED STATES MAGISTRATE JUDGE

2